tional Institute of Municipal Law Officers for leave to file a brief as *amicus curiae* out of time denied.

No. 86–322. CRAWFORD FITTING CO. ET AL. *v.* J. T. GIBBONS, INC.; and

No. 86–328. CHAMPION INTERNATIONAL CORP. *v.* INTERNATIONAL WOODWORKERS OF AMERICA, AFL–CIO, CLC, ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 983.] Motion of respondents for divided argument granted. Motion of petitioners for divided argument granted.

No. 86–327. MULLINS COAL CO., INC. OF VIRGINIA, ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. 4th Cir. [Certiorari granted, *ante*, p. 1029.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 86–357. AMERICAN TRUCKING ASSNS., INC., ET AL. *v.* SCHEINER, SECRETARY, DEPARTMENT OF REVENUE OF PENNSYLVANIA, ET AL. Sup. Ct. Pa. [Probable jurisdiction noted, *ante*, p. 947.] Motion of Yellow Freight System, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 86–440. BECHTEL, INC. *v.* WEBSTER ET AL. C. A. 9th Cir. Motion of the parties to defer consideration of the petition for writ of certiorari granted for 90 days.

No. 86–475. FRAZIER *v.* HEEBE, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 960.] Motion of American Corporate Counsel Association for leave to file a brief as *amicus curiae* granted.

No. 86–497. AGENCY HOLDING CORP. ET AL. *v.* MALLEY-DUFF & ASSOCIATES, INC.; and

No. 86–531. CROWN LIFE INSURANCE CO. ET AL. *v.* MALLEY-DUFF & ASSOCIATES, INC., ET AL. C. A. 3d Cir. [Certiorari granted, *ante*, p. 983.] Motion of petitioners for divided argument granted, and the time is to be divided as follows: 10 minutes for petitioners in No. 86–497 and 20 minutes for petitioners in No. 86–531.

No. 86–940. PACIFIC FIRST FEDERAL SAVINGS BANK ET AL. *v.* REMBOLD ET AL. C. A. 9th Cir.;

No. 86–958. NORWEST BANK WORTHINGTON ET AL. *v.* AHLERS ET UX. C. A. 8th Cir.;

No. 86–978. GARDEBRING, COMMISSIONER OF THE MINNESOTA DEPARTMENT OF HUMAN SERVICES *v.* JENKINS. C. A. 8th Cir.;

No. 86–1052. VOLKSWAGENWERK AKTIENGESELLSCHAFT *v.* SCHLUNK, ADMINISTRATOR OF THE ESTATES OF SCHLUNK ET AL. App. Ct. Ill., 1st Dist.; and

No. 86–1115. LOUISIANA LAND & EXPLORATION CO. *v.* TEXACO INC. Sup. Ct. La. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 86–5020. BOOTH *v.* MARYLAND. Ct. App. Md. [Certiorari granted, *ante,* p. 882.] Motion of Stephanie Roper Foundation, Inc., for leave to file a brief as *amicus curiae* out of time granted.

No. 86–5999. TURNER *v.* PANSOPHIC SYSTEMS, INC. C. A. 7th Cir.; and

No. 86–6032. GELB *v.* ROYAL GLOBE INSURANCE CO. C. A. 2d Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until March 16, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis.*

No. 86–6066. WRENN *v.* CHRISTIAN HOSPITAL NE–NW ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until March 16, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petition for writ of certiorari